UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 13-32348-LMI
                                                          Chapter 7
  Manuel Luis

  Debtor.
_____/
DREW M. DILLWORTH as TRUSTEE,

  Plaintiff,

-vs-

  Manuel Luis,                                            Adv. Case No.

  Defendant.
_____/

## STATEMENT OF JAMES B. MILLER

I, JAMES B. MILLER, ESQ., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury and swear to the following:

COMES NOW, JAME B. MILLER, Esq., as counsel to the Plaintiff/Chapter 7 Trustee, Drew M. Dillworth, and hereby certifies that, at present, there are no available monies in the online account with which to pay the adversary filing fee online in this matter.

However, once the Trustee receives the receipt said filing fee shall be paid over to the Clerk of this Court in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James B. Miller, Esq.
Florida Bar No. 0009164