UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 13-32348-LMI
Chapter 7

Manuel Luis

Debtor.
_____/
DREW M. DILLWORTH as TRUSTEE,

Plaintiff,

-vs-

Manuel Luis,  Adv. Case No.

Defendant.
_____/

## NON-MILITARY AFFIDAVIT

State of Florida       )
                       ) ss:
Miami-Dade County      )

I, JAMES B. MILLER, ESQ., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury and swear to the following:

1. I am the attorney for the Plaintiff in this matter, am over the age of 18 years, and am otherwise of sound mind to make this statement.

2. Defendant, Manuel Luis is not in the military service of the United States or any of its allies.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James B. Miller, Esq.
Florida Bar No. 0009164