IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                           CASE NO. 13-32348-LMI
MANUEL LUIS                                 CHAPTER 7

    Debtor,
_____/

DREW M. DILLWORTH as TRUSTEE,

    Plaintiff,

vs.                                         ADV. Case No.: 16-01396

MANUEL LUIS,

    Defendant.
_____/

## MOTION TO WITHDRAW

COMES NOW, Forrest Sygman, P.A., and hereby moves to withdraw as counsel for MANUEL LUIS and states:

1. That irreconcilable differences have occurred between attorney and client.

WHEREFORE, Forrest Sygman requests an Order of Withdrawal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and emailed on this _16th_ day of September, 2016 to: James B. Miller, Esq., JAMES B. MILLER, P.A., 19 West Flagler Street, Suite 416, Miami, Florida 33130; jbm@title11law.com; New counsel for Debtor/Defendant, Viviana Busutil, Esq., 8485 Bird Road, Suite 301, Miami, Florida 33155; Viviana@busutillaw.com .

FORREST SYGMAN, P.A.

FORREST SYGMAN, ESQ.
Florida Bar No.: 748020
7300 North Kendall Drive, Suite 450
Miami, FL 33156
Tel: (305) 661-8955
Fax: (305) 661-8952
e-mail: forrest@sygmanlaw.com
Florida Bar Number: 748020