IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                          CASE NO. 13-32348-LMI
MANUEL LUIS                                CHAPTER 7

    Debtor,
_____/
DREW M. DILLWORTH as TRUSTEE,

    Plaintiff,

vs.                                        ADV. Case No.: 16-01396

MANUEL LUIS,

    Defendant.
_____/

### DEBTOR'S ANSWER TO COMPLAINT

COMES NOW the Debtor, by and through undersigned counsel, and files this, his Answer to Complaint and states:

1. **Admit**

2. **Admit**

3. **Admit**

4. **Admit**

5. Denied, as to the business is a Florida Corporation qualified by General Contractor.

6. Admit, however his father, Tomas Luis is the Estimator.

7. Admit

8. a) Admit, as to testimony, the balance of Paragraph #8 is denied, however the part of the deposit were customer funds for material

   b) Denied, the vehicle is owned by Hilda Luis.

9. Denied, Debtor continues operating this business.

10. **Admit**

11. **Denied**

12. **Denied**

13. ~~Paragraphs 1-12 are herein re-alleged and re-averred.~~

14. **Denied**

15. **Denied**

16. **Denied**

17. Paragraphs 1-16 are herein re-alleged and re-averred.

**First Paragraph #18**

18. Denied, Debtor was ejected from his house with no papers by the Miami-Dade Police Department and gathering reports that had belonged to client for advance of materials purchased for work prior to filing. Also the money in the business account is for materials and labor for ongoing work.

19. **Denied**

20. Paragraphs 1-16 are herein re-averred and re-alleged.

21. **Denied**

22. **Denied**

23. Paragraphs 1-16 are herein re-alleged and re-averred.

24. a) **Denied**

    b) **Denied**

**Second Paragraph #18**

18. Denied, Plaintiff is now getting $400.00 a week as per promissory note.

## AFFIRMATIVE DEFENSES

1. As the first Affirmative Defense, Debtor states that there are no claims by creditors and therefore no creditors to defer.

2. As the second Affirmative Defense, Debtor states that the Trustee admitted in open Court that a forensic accountant was valuing the business as of the date of filing has not yet been provided or performed because Trustee administered the Estate.

## CERTIFICATE OF SERVICE

I certify that a true copy of this Answer was served on the 22nd day of August, 2016 to James B. Miller, Esq., JAMES B. MILLER, P.A., 19 West Flagler Street, Suite 416, Miami, Florida 33130; jbm@title11law.com.

FORREST SYGMAN, P.A.

FORREST SYGMAN, ESQ.
Florida Bar No.: 748020
7300 North Kendall Drive, Suite 450
Miami, FL 33156
Tel: (305) 661-8955
Fax: (305) 661-8952
e-mail: forrest@sygmanlaw.com