IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO.:13-32348-LMI

MANUEL LUIS   CHAPTER 7

    Debtor.

_____/

DREW M. DILLWORTH as TRUSTEE,

    Plaintiff,

vs.   AVD. Case No.: 16-01396

MANUEL LUIS,

    Defendant.

_____/

### MOTION TO CONTINUE AND EXTEND DEADLINES OF PRETRIAL ORDER

Debtor, Manuel Luis, through undersigned counsel submits this Motion to Extend the Deadlines for completion of discovery and deposition set forth in the Court's Order of August 2, 2016, pursuant to Fed. R. Bankr. P. 7029 and Fed. R. Civ. P. 29 respectfully requests this Court to extend pretrial deadlines an additional sixty (60) days and in support thereof states as follows:

1. Trustee filed an adversary proceeding on August 1, 2016.

2. Pretrial conference is set for November 9, 2016.

3. New counsel was retained on September 15, 2016.

4. There is outstanding discovery request that cannot be completed before the deadline of October 3, 2016.

5. Counsel is diligently working with aim to complete discovery as expeditiously as possible, but it is clear that Counsel will not be able to conclude discovery within this timeframe.

6. This is Counsel's first request for an extension of pretrial deadlines.

    Respectfully submitted,

    By: *V. Busutil*
    Viviana Busutil, Esquire
    Counsel for Debtor
    Busutil Law
    Florida Bar No.: 115684
    8485 Bird Road, Suite 301
    Miami, Florida 33155
    Phone: (305) 814-0445
    Email: Viviana@Busutillaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**I HEREBY CERTIFY** that on October 3, 2016 I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as indicated below:

Drew M Dillworth
2200 Museum Tower
150 West Flagler St
Miami, FL 33130

Jessica A Less
19 W Flagler St # 416
Miami, FL 33130

James B Miller, Esq
19 W Flagler St #416
Miami, FL 33130

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130